UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNYSYLVANIA

IN RE:  
Angela Y. Smith

CASE NO: 14-18848-AMC  
CHAPTER 13

Debtor (s)

### NOTICE OF CHANGE OF ADDRESS

EDUCATIONAL CREDIT MANAGEMENT CORPORATION (ECMC), hereby gives notice that all presently held or future payments and correspondences to the creditor for the Court claim number 16 should be sent to the following address:

OLD ADDRESS:

ECMC  
Lockbox #8682  
PO Box 75848  
St. Paul, MN 55175-0848

NEW ADDRESS:

| Please send all PAYMENTS to: | Please send all CORRESPONDENCE to: |
|---|---|
| ECMC | ECMC |
| Lockbox #8682 | PO Box 16408 |
| PO Box 16478 | St. Paul, MN 55116-0408 |
| St. Paul, MN 55116-0478 | |

Educational Credit Management Corporation

By: /s/   Betsy Vang  
Vang, Betsy, Bankruptcy Representative  
Educational Credit Management Corporation  
PO Box 16408  
St. Paul, MN 55116-0408  
Ph: 651-221-0566 ext. 5259

Date: **August 10, 2016**

FILED  
AUG 15 2016