```
                         United States Bankruptcy Court
                         Eastern District of Pennsylvania

In re:                                                      Case No. 14-18848-amc
Angela Y. Smith                                             Chapter 13
        Debtor                 CERTIFICATE OF NOTICE

District/off: 0313-2       User: Christina           Page 1 of 2          Date Rcvd: Jan 16, 2020
                           Form ID: 138NEW           Total Noticed: 35


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 18, 2020.
db             +Angela Y. Smith,    1719 N 19th Street,    Philadelphia, PA 19121-3103
cr             +Pennsylvania Housing Finance Agency,    c/o Leon P. Haller, Esq.,    1719 North Front Street,
                 Harrisburg, PA 17102-2305
13418230        Aes/Pnc,    501 Bleecker St,    Utica, NY 13501-2498
13418232        Best Buy,    Retail Services,    P.O. Box 17298,    Baltimore, MD 21297-1298
13512779        CAPITAL ONE, N.A.,    C/O BECKET AND LEE LLP,    POB 3001,    MALVERN, PA 19355-0701
13455793       +CERASTES, LLC,    C O WEINSTEIN, PINSON, AND RILEY, PS,    2001 WESTERN AVENUE, STE 400,
                 SEATTLE, WA 98121-3132
13418233        Childrens Hospital,    34th and Spruce Street,    Philadelphia, PA 19104
13474221       +Citibank, N.A.,    701 East 60th Street North,    Sioux Falls, SD 57104-0493
13418234       +Citizensbk,    1 Citizens Drive,    Riverside, RI 02915-3000
13774102        ECMC,   PO Box 16408,    St. Paul, MN 55116-0408
13659713        Edfinancial Services on behalf of ECMC,    Educational Credit Management Corporatio,
                 Lockbox 8682, P.O. Box 75848,    St. Paul, MN  55175-0848
13418235       +Edfinsvcs,    PO Box 36008,    Knoxville, TN 37930-6008
13427077       +FIFTH THIRD BANK,    PO BOX 9013,    ADDISON, TEXAS 75001-9013
13418236       +Fedloan,    PO Box 69184,    Harrisburg, PA 17106-9184
13418245        Fth3rd Bk,    P.O. Box 2306,    Cincinnati, OH 45201-2306
13471612        Lamont, Hanley & Association, Inc.,    P.O. Pox 179,    Manchester, NH 03105-0179
13418247       +P&F Cred U,    901 Arch Street,    Philadelphia, PA 19107-2404
13429872       +PHEAA,    PO Box 8147,    Harrisburg, PA 17105-8147
13418250       +Pa Housing,    2101 N. Front Street,    Harrisburg, PA 17110-1086
13418251       +Pennsylvania Hospital,    PO Box 7777-W7435,    Philadelphia, PA 19175-0001
13418252       +Phil Cty,    Domestic Relations Section 34 S.11th St,    Philadelphia, PA 19107-3623
13453953       +Police and Fire Federal Credit Union,    901 Arch Street,    Philadelphia, Pa. 19107-2495
13453829       +TD BANK USA, N.A.,    C O WEINSTEIN, PINSON, AND RILEY, PS,    2001 WESTERN AVENUE, STE 400,
                 SEATTLE, WA 98121-3132
13418253       +Target,    Retailers National Bank,    P.O. Box 59317,    Minneapolis, MN 55459-0317
13418254       +Temple U,    1801 North Broad Street  Carnell Hall 04,    Philadelphia, PA 19122-6096
13503418        U. S. Department of Education,    c/o FedLoan Servicing,    P. O. Box 69184,
                 Harrisburg, PA    17106-9184
13584702       +U.S. Bank National Association, ET AL,    c/o PHFA Loan Servicing Division,
                 211 North Front Street,    Harrisburg, Pennsylvania 17101-1406
13418255       +Wells Fargo Efs,    21660 Ridge Top,    Sterling, VA 20166-4249

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: megan.harper@phila.gov Jan 17 2020 03:44:53     City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                 Philadelphia, PA  19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jan 17 2020 03:44:11
                 Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Jan 17 2020 03:44:34     U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
cr              E-mail/PDF: gecsedi@recoverycorp.com Jan 17 2020 03:47:07     Synchrony Bank,
                 c/o Recovery Management Systems Corporat,    25 SE 2nd Avenue, Suite 1120,
                 Miami, FL  33131-1605
13418246        E-mail/Text: bncnotices@becket-lee.com Jan 17 2020 03:43:30     Kohl's,    P.O. Box 2983,
                 Milwaukee, WI 53201-2983
13467111        E-mail/PDF: rmscedi@recoverycorp.com Jan 17 2020 03:47:57
                 Recovery Management Systems Corporation,    25 S.E. 2nd Avenue, Suite 1120,
                 Miami, FL 33131-1605
13429870        E-mail/Text: bkyelectnotices@tgslc.org Jan 17 2020 03:44:33     TGSLC,    PO BOX 83100,
                 ROUND ROCK, TX 78683-3100
                                                                                              TOTAL: 7

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*             ECMC,    PO Box 16408,    St. Paul, MN  55116-0408
13418231*       Aes/Pnc,    501 Bleecker St,    Utica, NY 13501-2498
13418237*      +Fedloan,    PO Box 69184,    Harrisburg, PA 17106-9184
13418238*      +Fedloan,    PO Box 69184,    Harrisburg, PA 17106-9184
13418239*      +Fedloan,    PO Box 69184,    Harrisburg, PA 17106-9184
13418240*      +Fedloan,    PO Box 69184,    Harrisburg, PA 17106-9184
13418241*      +Fedloan,    PO Box 69184,    Harrisburg, PA 17106-9184
13418242*      +Fedloan,    PO Box 69184,    Harrisburg, PA 17106-9184
13418243*      +Fedloan,    PO Box 69184,    Harrisburg, PA 17106-9184
13418244*      +Fedloan,    PO Box 69184,    Harrisburg, PA 17106-9184
13418248*      +P&F Cred U,    901 Arch Street,    Philadelphia, PA 19107-2404
13418249*      +P&F Cred U,    901 Arch Street,    Philadelphia, PA 19107-2404
13418256*      +Wells Fargo Efs,    21660 Ridge Top,    Sterling, VA 20166-4249
                                                                                     TOTALS: 0, * 13, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

```
District/off: 0313-2           User: Christina            Page 2 of 2             Date Rcvd: Jan 16, 2020
                               Form ID: 138NEW            Total Noticed: 35
```

***** BYPASSED RECIPIENTS (continued) *****

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 18, 2020                              Signature: /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 16, 2020 at the address(es) listed below:
              ANDREW F GORNALL    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION, Et Al...
               agornall@kmllawgroup.com, bkgroup@kmllawgroup.com
              DAVID M. OFFEN    on behalf of Plaintiff Angela Y. Smith dmo160west@gmail.com,
               davidoffenecf@gmail.com;offendr83598@notify.bestcase.com
              DAVID M. OFFEN    on behalf of Plaintiff Angela Y Smith dmo160west@gmail.com,
               davidoffenecf@gmail.com;offendr83598@notify.bestcase.com
              DAVID M. OFFEN    on behalf of Debtor Angela Y. Smith dmo160west@gmail.com,
               davidoffenecf@gmail.com;offendr83598@notify.bestcase.com
              LEON P. HALLER    on behalf of Creditor    Pennsylvania Housing Finance Agency lhaller@pkh.com,
               dmaurer@pkh.com;mgutshall@pkh.com
              LEON P. HALLER    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION, Et Al... lhaller@pkh.com,
               dmaurer@pkh.com;mgutshall@pkh.com
              THOMAS I. PULEO    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION, Et Al...
               tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com, philaecf@gmail.com
                                                                                             TOTAL: 9
```

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

---

In Re: Angela Y. Smith
    Debtor(s)

Bankruptcy No: 14−18848−amc
Chapter: 13

---

## *NOTICE OF DEADLINES*

To the debtor, debtor's counsel, trustee, and all creditors and parties in interest, NOTICE IS GIVEN THAT:

    1. The Standing Chapter 13 Trustee has filed his final report and account.

☑    2. Any objection to the Final Report and Account pursuant to Federal Rule 5009, must be filed **within 30 days from the date of this Notice** with the Clerk of the U.S. Bankruptcy Court.

☑    3. Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § 1328(h), must be filed in writing **within 14 days from the date of this Notice** with the Clerk of the U.S. Bankruptcy Court.

    4. All objections must be filed with the Clerk at the following address:

        900 Market Street
        Suite 400
        Philadelphia, PA 19107

    5. In the absence of any objection, the Court may approve the Trustee's Final Report and Account and enter the Order of Discharge.

                            For The Court
                            Timothy B. McGrath
                            Clerk of Court

Dated: 1/16/20

                            51 − 50
                            Form 138_new