IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                        :       Chapter 13

Angela Y. Smith               :       No.  14-18848-AMC
    Debtor

**PRAECIPE TO WITHDRAW**

Pursuant to the above-captioned matter, kindly withdraw the Exhibit filed on January 28, 2020.

/s/ David M. Offen
David M. Offen, Esquire
Curtis Center, 1st Fl., Ste. 160 W
601 Walnut Street
Philadelphia, PA  19106
215-625-9600

Dated:  January 28, 2020