IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

```
IN RE:                          :    CHAPTER 13
                                :
    Angela Y. Smith             :    No. 14-18848-AMC
         Debtor                 :
             V.                 :
                                :
    Temple University           :
         Defendant/Creditor     :
```

AMENDED ORDER

AND NOW, on this _____ day of _____ , 2020, upon consideration of the Motion for Turnover and Motion for Sanctions for Violation of the Automatic Stay, it is hereby Ordered and Decreed that Debtor's Motion is GRANTED and Defendant, Temple University are ORDERED TO PAY Debtor, Angela Y. Smith, the sum of $10,000.00 and immediately process the release of the transcripts, award legal fees in the amount of _____ and for such further action as this Court orders.

Date:_____                    _____
                                HONORABLE ASHELY M CHAN
                                UNITED STATED BANKRUPTCY JUDGE

CC:

William C. Miller Esq., Trustee

David M. Offen

Temple University, Office of the Bursur

Earlene Wright

Sherry Hawkins

Gregory Allard, Esq.